CALVERT v. STATE.    (No. 3654.)

(Court of Criminal Appeals of Texas.  June 25, 1915.  Rehearing Denied Oct. 13, 1915.)

CRIMINAL LAW ☞1090—APPEAL—STATEMENT OF FACTS.

Where there is neither a statement of facts nor any bill of exceptions, nothing is presented which the Court of Criminal Appeals can review.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. ☞1090.]

Appeal from McLennan County Court; Geo. N. Denton, Judge.

Doc Calvert was convicted of unlawfully carrying a pistol, and he appeals. Affirmed.

Elbert Pearce, of Waco, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of unlawfully carrying a pistol and fined $100.

There is neither a statement of facts nor any bill of exceptions. Nothing is presented which we can review.

The judgment is affirmed.